ACCEPTED
04-15-00286-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/16/2015 11:42:20 AM
KEITH HOTTLE
CLERK



Matthew E. Vandenberg
(210) 228-2463 (Direct Dial)
(210) 242-4646 (Direct Fax)
mvandenberg@jw.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/16/2015 11:42:20 AM
KEITH E. HOTTLE
Clerk

November 16, 2015

***Via Electronic Filing***

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

> Re:     Notice of Withdrawal of Request for Oral Argument, No. 04-15-00286-CV, *City of San Antonio acting by and through City Public Service Board ("CPS Energy") v. Tommy Harral Construction, Inc.*

Dear Honorable Justices of the Court:

On June 29, 2015, Appellant City of San Antonio, acting by and through City Public Service Board ("CPS Energy"), filed its brief in the above-referenced matter. Appellee Tommy Harral Construction filed its brief on July 15, 2015 and then, in response to this Court's order of July 22, 2015, filed an amended Appellee's Brief on August 5, 2015.

After reviewing those materials and in the interest of expediency in this accelerated appeal CPS Energy will not file a reply brief in this cause. Consequently, because this interlocutory appeal is an expedited matter, and in keeping with the requirements of Texas Rule of Appellate Procedure 40.1(b), CPS Energy requests that the cause be set for submission on the briefs at the earliest possibility.

Sincerely,

Matthew E. Vandenberg

MEV:ecg

cc:     Chad Williams          Via Electronic Filing Manager

15115932v.2 103119/01974